FILED

NOV 12 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| USA<br>*Plaintiff*<br>vs.<br><br>(1) Juan Tello<br>*Defendant* | Case No: SA:21-M -01236(1)<br><br>Ref: 1:12-CR-14-009(WLS) |

## ORDER OF REMOVAL

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF TEXAS:

  **(1) Juan Tello**, charged in a proceeding pending in the **Middle District of Georgia/Albany Division** for **Failure to Appear**

and having been arrested in the Western District of Texas, San Antonio Division;

  YOU ARE HEREBY COMMANDED to remove **(1) Juan Tello** forthwith to the **Middle District of Georgia/Albany Division**, and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

  ORDERED at SAN ANTONIO, Texas on **November 12, 2021**.

_____
HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE